

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| EX PARTE: ANNA KNELSEN. | § | No. 08-13-00013-CR |
|  | § | Appeal from the |
|  | § | Criminal District Court No. 1 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 20060D02425) |
|  | § |  |

### **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **June 16, 2013.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **June 16, 2013.**

IT IS SO ORDERED this 22nd day of May, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.